IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICKY LEE WEBB, JR., #246707, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CIVIL ACTION NO. 2:12-CV-586-TMH |
| ) | [WO] |
| ) | |
| ALABAMA DEPT. OF CORRECTIONS, et al.,) | |
| ) | |
| Defendants. ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

**I. INTRODUCTION**

This 42 U.S.C. § 1983 action is pending before the court on a complaint filed by Ricky Lee Webb, Jr. ["Webb"], an indigent state inmate, challenging the use of toilet regulators at the Easterling Correctional Facility. The defendants filed an answer and special report, supported by relevant evidentiary materials, in which they addressed the plaintiff's claims for relief. On October 18, 2012, Webb filed a "Notice of Plaintiff's Abandonment of Claims" in which he seeks "to dismiss <u>all claims involving Alabama Dept. of Corrections or those employed by Alabama Dept. of Corrections</u> that is currently before this District Court ... which the Plaintiff has filed." *Doc. No. 23* at 1. In support of his request for dismissal, Webb advises that he "no longer wishes to pursue ... any claims whatsoever Plaintiff has" lodged against state correctional officials in civil complaints pending before this court. *Id.* The court therefore construes this document as a motion to

dismiss.  In addition, attendant to this document Webb filed a motion dismiss in which he seeks dismissal of this case advising the defendants are entitled to judgment in their favor. *Doc. No. 24*.

Upon consideration of the plaintiff's motions to dismiss, the court concludes that these motion are due to be granted.  Furthermore, since the plaintiff concedes judgment should be entered for the defendants based on their special report, the court discerns that this case should be dismissed with prejudice.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that:

1.  The plaintiff's motions to dismiss be GRANTED.

2.  This case be dismissed with prejudice.

3.  No costs be taxed herein.

It is further

ORDERED that on or before November 9, 2012, the parties may file objections to this Recommendation. Any objections filed must clearly identify the findings in the Magistrate Judge's Recommendation to which the party is objecting. Frivolous, conclusive or general objections will not be considered by the District Court.  The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and advisements in the

Magistrate Judge's Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice.  *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982).  *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982).  *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, en banc*)*, adopting as binding precedent all decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

DONE, this 25th day of October, 2012.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE